**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ABC SUPPLY CO., INC.**                                                            **PLAINTIFF**

**V.**                                                  **NO. 3:23-CV-363-DMB-RP**

**SHANNON-GREEN
CONSTRUCTION, LLC;
P & M ENTERPRISES LLC;
and MARY GREEN**                                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued January 15, 2025, and the order issued this date, judgment is entered in favor of ABC Supply Co., Inc., against Shannon-Green Construction, LLC, and P & M Enterprises LLC in the amount of $569,629.27 plus post-judgment interest in accordance with 28 U.S.C. § 1961.

**SO ORDERED**, this 25th day of August, 2025.

                                                              /s/Debra M. Brown
                                                              **UNITED STATES DISTRICT JUDGE**